**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RE: CARUCHA ISAACS | ) Case No. 17 B 34232 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: DONALD R CASSLING |

**NOTICE OF MOTION**

| | |
|---|---|
| CARUCHA ISAACS | DAVID M SIEGEL |
| 7330 S PRAIRIE | via Clerk's ECF noticing procedures |
| CHICAGO, IL  60619 | |

Please take notice that on March 08, 2018 at 10:00 am my designee or I will appear before the Honorable Judge DONALD R CASSLING at 219 South Dearborn Courtroom 619, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at  55 E Monroe St.,  Chicago, IL or by the methods indicated on February 12 , 2018.

/s/ Tom Vaughn

**TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY**

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1.  On November 15, 2017 the Debtor filed a petition and plan under Chapter 13 of Title 11  U.S.C.

2. That the above-captioned plan has not yet been confirmed .

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend plan - need tax refund language; adequate protection payments not enough has

$125 but should be $130.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE                    /s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900